# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) No. CR-12-01879-01-PHX-DGC |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Cornelius Dozier, IV, | ) |
| Defendant. | ) |

The Court has reviewed and considered the Report and Recommendation filed by Magistrate Judge Eileen S. Willett on March 26, 2019. Doc. 158. Magistrate Judge Willet recommends this Court deny the Defendant's Objection (Doc. 145) which requests the Court to quash, modify, or suspend the garnishment of twenty-five (25) percent of his non-exempt wages. No objections having been filed,

**IT IS ORDERED** the Report and Recommendation (Doc. 158) is adopted in full.

**IT IS FURTHER ORDERED** the Defendant's Motion Regarding Restitution Garnishment (Doc. 145) is denied.

Dated this 17th day of April, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge